UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY 22-1217

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD FREEMAN | ]<br>]<br>]<br>]<br>]<br>]<br>]<br>] | Magistrate Case No. 9275762 (Class A)<br><br><br><br>Offense on a Federal Reservation |

BEFORE the **Honorable Matthew J. Skahill**, a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **Luke D. Wilson**, Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **5th day of October 2022**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**RICHARD FREEMAN** did commit:

Possession of a Weapon in violation of 18 USC 930.

The name of the Complainant is **Luke D. Wilson.**

LUKE D. WILSON, DAF, Civ
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED VIA ZOOM PURSUANT TO RULE 4.1, FEDERAL RULES OF CRIMINAL PROCEDURE ON DECEMBER 1, 2022.**

HONORABLE MATTHEW J. SKAHILL
**United States Magistrate Judge**

12/1/22 NK 2/2/23

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on October 5, 2022 while exercising my duties as a law enforcement officer in the JBMDL District of New Jersey

The defendant entered checkpoint #9 with a DOD retired card. As a matter of protocol, the defendant was asked if they had any weapons in their vehicle. The defendant stated that they had a loaded glock 22 40 cal. pistol in their pull behind trailer. The weapon was seized and secured. The defendant was apprehended.

The foregoing statement is based upon:

- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/05/2022 [signature]
Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ______________________
Date (mm/dd/yyyy) U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle;
**CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident

CVB SCAN 10/24/2022 12:12